IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY BLACK,

    Plaintiff,

v.                                    No. CIV-16-1165 GBW/LAM

LUIS RUIZ and DONA ANA COUNTY
BOARD OF COMMISSIONERS,

    Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
SETTING CASE MANAGEMENT DEADLINES**

At the Rule 16 scheduling conference held on February 1, 2017, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 11*], filed January 20, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**